NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERONIMO CRUZ, DOC #578556,    )
                               )
          Appellant,           )
                               )
v.                             )        Case No. 2D18-4224
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Geronimo Cruz, pro se.

PER CURIAM.

          Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.